DENNIS L. KENNEDY
Nevada Bar No. 1462
SARAH E. HARMON
Nevada Bar No. 8106
KELLY B. STOUT
Nevada Bar No. 12105
**BAILEY✦KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Plaintiff*
Michelle McKenna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA, an individual,<br><br>                   Plaintiff,<br><br>     vs.<br><br>DAVID Z. CHESNOFF, CHTD. P.C. D/B/A CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; AND RICHARD A. SCHONFELD,<br><br>                   Defendants. | Case No. 2:14-cv-01773-JAD-CWH |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 31]**

**(FIRST REQUEST)**

Pursuant to Local Rule 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld, David Z. Chesnoff, and Richard A. Schonfeld (collectively, "Defendants") hereby stipulate and agree as follows:

1.  On November 19, 2015, the Defendants filed a Motion for Partial Summary Judgment [ECF No. 31].

2.  The current deadline for Ms. McKenna's Response to the Motion for Partial Summary Judgment is December 14, 2015.

3. In order to accommodate the schedules of the Parties and their counsel, the Parties stipulate and agree to extend the briefing schedule for the Motion for Partial Summary Judgment as follows:

    A. Ms. McKenna will file a Response to the Motion for Partial Summary Judgment on or before December 24, 2015; and

    B. The Defendants will file a Reply in support of the Motion for Partial Summary Judgment on or before January 18, 2016.

DATED this 9th day of December, 2015.   DATED this 9th day of December, 2015.

By: /s/ Sarah E. Harmon
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT
    BAILEY✦KENNEDY
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*
MICHELLE MCKENNA

By: /s/ Brian K. Terry
    BRIAN K. TERRY
    KENNETH R. LUND
    SEAN D. COONEY
    THORNDAL, ARMSTRONG, DELK,
    BALKENBUSH & EISINGER
    1100 East Bridger Avenue
    Las Vegas, Nevada 89101

*Attorneys for Defendants*
DAVID Z. CHESNOFF, CHTD. P.C. d/b/a
CHESNOFF & SCHONFELD; DAVID Z.
CHESNOFF; and RICHARD A. SCHONFELD

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 9, 2015

Respectfully Submitted by:

BAILEY✦KENNEDY

By: /s/ Sarah E. Harmon
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*
MICHELLE MCKENNA