DENNIS L. KENNEDY
Nevada Bar No. 1462
SARAH E. HARMON
Nevada Bar No. 8106
KELLY B. STOUT
Nevada Bar No. 12105
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY✥KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com
KStout@BaileyKennedy.com
AStevens@BaileyKennedy.com

*Attorneys for Plaintiff*
MICHELLE MCKENNA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA,<br><br>                         Plaintiff,<br><br>vs.<br><br>DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; and RICHARD A. SCHONFELD,<br><br>                         Defendants. | Case No.  2:14-cv-01773-JAD-CWH |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAM OF PLAINTIFF MICHELLE McKENNA**

**(First Request)**

Pursuant to Local Rule IA 6-1, IA 6-2, 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld; David Z. Chesnoff; and Richard A. Schonfeld (collectively, "Defendants") hereby stipulate and agree as follows:

1. On July 1, 2016, Defendants filed their Motion to Compel Independent Medical Exam of Plaintiff Michelle M**c**Kenna ("Motion") [ ECF No. 53].

2. The current deadline for Ms. McKenna to respond to the Motion is July 18, 2016.

Page **1** of **3**

3. For the past six weeks, the Parties have delayed further discovery in order to engage in informal settlement negotiations. *See* Order to Extd. Discov. (Fourth Req.), May 24, 2016 [ECF No. 51].

4. Although the Parties have not yet reached a settlement, they have agreed to continue their ongoing settlement discussions by scheduling a mediation with Hon. Jackie Glass (Ret.) on July 26, 2016.

5. In order to: (i) avoid incurring potentially unnecessary costs and fees while the parties attempt to negotiate a settlement; and (ii) allow the Parties time to attend the mediation, and, if successful, finalize a settlement agreement, the Parties stipulate and agree to extend the briefing schedule for the Motion as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

      A.  Ms. McKenna will file a Response to the Motion on or before August 15, 2016; and

      B.  The Defendants will file a Reply in support of the Motion on or before August 25, 2016.

DATED this 15th day of July, 2016.

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT
    AMANDA L. STEVENS
    BAILEY❖KENNEDY
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*
MICHELLE MCKENNA

DATED this 15th day of July, 2016.

By: */s/ Brian K. Terry*
    BRIAN K. TERRY
    SEAN D. COONEY
    THORNDAL, ARMSTRONG, DELK,
    BALKENBUSH & EISINGER
    1100 East Bridger Avenue
    Las Vegas, Nevada 89101

*Attorneys for Defendants*
DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; and RICHARD A. SCHONFELD

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2016

Respectfully Submitted by:

BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT
    AMANDA L. STEVENS
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*
MICHELLE MCKENNA