**THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER**
Brian K. Terry, Esq.
Nevada Bar No. 003171
Sean D. Cooney, Esq.
Nevada Bar No. 12945
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, Nevada 89125-2070
Tel:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail: bterry@thorndal.com
E-Mail: krl@thorndal.com
Attorneys for Defendants, David Z.
Chesnoff, Chtd., P.C. d/b/a Chesnoff &
Schonfeld, David Z. Chesnoff
and Richard Schonfeld

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF, and RICHARD A. SCHONFELD,<br><br>　　　　　　Defendants. | CASE NO. 2:14-CV-01773-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT, DAVID Z. CHESNOFF, CHTD., P.C. D/B/A CHESNOFF & SCHONFELD'S, MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE CROSS-CLIAM TO ADD COHEN AND PADDA, RUTH COHEN, ESQ., AND PAUL PADDA, ESQ.** |
| DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF, and RICHARD A. SCHONFELD,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>COHEN & PADDA, LLP;  RUTH L. COHEN, individually; PAUL S. PADDA, individually,<br><br>　　　　　　Third-Party Defendants. | (First Request) |

. . .

. . .



   Pursuant to Local Rule IA 6-1, IA 6-2, 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld; David Z. Chesnoff; and Richard A Schonfeld (collectively, "Defendants") hereby submit the following stipulation and proposed order:

1. Whereas, on August 9, 2016, Defendants filed their Motion to Amend Scheduling Order and for Leave to File Cross-Claim to Add Cohen and Padda, Ruth Cohen, Esq., and Paul Padda Esq. [ECF No. 58] (the "Motion to Add New Parties")
2. Whereas, on August 23, 2016, Ms. McKenna filed her Response to Defendants Motion [ECF No. 65]
3. Whereas, on the same day, Ms. McKenna filed a Counter Motion to Sever [ECF No. 66].
4. Whereas, the current deadline for Defendants to Reply to Ms. McKenna's Response to the Motion to Add New Parties is hereby due September 2, 2016.
5. Whereas, the deadline for the Motion to Sever is September 9, 2016.

. . .



1  As defendants' Motion to Add New Parties and plaintiff's Motion to Sever deal with
2 interrelated matters, the parties hereby stipulate and agree that defendants may file their reply to
3 the Motion to Add New Parties on September 9, 2016.

DATED this 30th day of August, 2016

DATED this 30th day of August, 2016

By: */s/ Kelly B. Stout*
DENNIS L. KENNEDY
SARAH E. HARMON
KELLY B. STOUT
AMANDA L. STEVENS
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Attorneys for Plaintiff:
MICHELLE McKENNA

By: */s/Sean D. Cooney*
BRIAN K. TERRY
SEAN D. COONEY
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
110 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendants:
DAVID Z. CHESNOFF, CHTD.P.C. d/b/a
CHESNOFF & SCHONFELD; DAVID Z.
CHESNOFF; and RICHARD A.
SCHONFELD

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2016

Respectfully Submitted by:

THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER

By: */s/Sean D. Cooney*
BRIAN K. TERRY
SEAN D. COONEY
110 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendants:
DAVID Z. CHESNOFF, CHTD.P.C. d/b/a
CHESNOFF & SCHONFELD; DAVID Z.
CHESNOFF; and RICHARD A.
SCHONFELD


THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER