1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   SARAH E. HARMON
    Nevada Bar No. 8106
3   KELLY B. STOUT
    Nevada Bar No. 12105
4   AMANDA L. STEVENS
    Nevada Bar No. 13966
5   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
6   Las Vegas, Nevada 89148-1302
    Telephone:  702.562.8820
7   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com
8   SHarmon@BaileyKennedy.com
    KStout@BaileyKennedy.com
9   AStevens@BaileyKennedy.com

10  *Attorneys for Plaintiff*
    MICHELLE MCKENNA

11

                    UNITED STATES DISTRICT COURT
12                     DISTRICT OF NEVADA

13  MICHELLE MCKENNA,

14              Plaintiff,              Case No.  2:14-cv-01773-JAD-CWH

15       vs.

16  DAVID Z. CHESNOFF, CHTD. P.C. d/b/a
    CHESNOFF & SCHONFELD; DAVID Z.
17  CHESNOFF; and RICHARD A. SCHONFELD,

18              Defendants.

19

20       **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR
         DAVID Z. CHESNOFF, CHTD. P.C. D/B/A CHESNOFF & SCHONFELD'S
21       OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF
         PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL INDEPENDENT
22       MEDICAL EXAM OF PLAINTIFF MICHELLE McKENNA**

23       Pursuant to Local Rules IA 6-2 and 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and

24  Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld ("Chesnoff & Schonfeld");

25  David Z. Chesnoff; and Richard A. Schonfeld (collectively, "Defendants") hereby stipulate and

26  agree to the following briefing schedule:

27       1.      On July 1, 2016, Defendant Chesnoff & Schonfeld filed its Motion to Compel

28  Independent Medical Exam of Plaintiff Michelle McKenna ("Motion") [ECF No. 53].

2.      On August 22, 2016, Ms. McKenna filed her Sealed Response to Motion to Compel Independent Medical Exam of Plaintiff Michelle McKenna ("Response") [ECF No. 62].

3.      On September 1, 2016, Chesnoff & Schonfeld filed its Reply to Plaintiff's Opposition to Defendant's Motion to Compel Independent Medical Exam of Plaintiff Michelle McKenna ("Reply") [ECF No. 71].

4.      On September 1, 2016, Defendant Chesnoff & Schonfeld filed its Objections to Evidence Submitted in Support of Plaintiff's Opposition to Defendant's Motion to Compel Independent Medical Exam of Plaintiff Michelle McKenna ("Objections") [ECF No. 72].

5.      Neither the FRCP nor the Local Rules expressly provide for briefing on the Objections.

6.      Accordingly, the Parties request that the Court set a briefing schedule on the Objections and stipulate and agree as follows:

    A.  Ms. McKenna shall have up to and including September 16, 2016 to file a Response to the Objections.

    B.  Chesnoff & Schonfeld shall have up to and including September 23, 2016 file a Reply in Support of the Objections.

DATED this 8th day of September, 2016.       DATED this 8th day of September, 2016.

By: /s/ Kelly B. Stout                                         By: /s/ Sean D. Cooney
  DENNIS L. KENNEDY                                 BRIAN K. TERRY
  SARAH E. HARMON                                    SEAN D. COONEY
  KELLY B. STOUT                                         THORNDAL, ARMSTRONG, DELK,
  AMANDA L. STEVENS                               BALKENBUSH & EISINGER
  BAILEY✦KENNEDY                                   1100 East Bridger Avenue
  8984 Spanish Ridge Avenue                         Las Vegas, Nevada 89101
  Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*                                     *Attorneys for Defendants*
MICHELLE MCKENNA                               DAVID Z. CHESNOFF, CHTD. P.C. d/b/a
                               CHESNOFF & SCHONFELD; DAVID Z.
                               CHESNOFF; and RICHARD A. SCHONFELD

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2016
      _____

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Respectfully Submitted by:

2    BAILEY❖KENNEDY

3    By: */s/ Kelly B. Stout*
         DENNIS L. KENNEDY
4        SARAH E. HARMON
         KELLY B. STOUT
5        8984 Spanish Ridge Avenue
         Las Vegas, Nevada 89148-1302
6    *Attorneys for Plaintiff*
     MICHELLE MCKENNA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820