# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA, | |
|     Plaintiff, | Case No. 2:14-cv-01773-JAD-CWH |
| vs. | **ORDER** |
| DAVID Z. CHESNOFF, et al., | |
|     Defendants. | |

    Presently before the court is Plaintiff Michelle McKenna's Motion for Leave to File Under Seal Plaintiff Michelle McKenna's Opposition to Defendant David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld's Motion to Compel Independent Medical Exam of Plaintiff Michelle McKenna (ECF No. 61), filed on August 22, 2016. Also before the court is plaintiff's errata (ECF No. 64) to her motion, filed on August 23, 2016. Defendants did not file a response.

    The court has read and considered the motion, and will grant the motion for the reasons stated in the motion. Additionally, Defendants' failure to respond to the motion constitutes a consent to the granting of the motion under Local Rule 7-2(d).

    IT IS THEREFORE ORDERED that Plaintiff Michelle McKenna's Motion for Leave to File Under Seal Plaintiff Michelle McKenna's Opposition to Defendant David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld's Motion to Compel Independent Medical Exam of Plaintiff Michelle McKenna (ECF No. 61) is GRANTED.

DATED: October 3, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**