# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michelle McKenna,

    Plaintiff

v.

David Chesnoff, et al.,

    Defendants

2:14-cv-01773-JAD-CWH

**Order Granting Motion to Seal**

[ECF Nos. 86]

On September 19, 2016, I granted in part and denied in part defendants' motion for partial summary judgment and denied their motion to seal their summary-judgment briefing and all exhibits without prejudice because defendants failed to make the required showing. Defendants have filed a new motion to seal and have significantly curtailed their request. Defendants now move to seal small portions of two exhibits, which contain descriptions of plaintiff Michelle McKenna's medical treatment. I agree with defendants that medical treatment is something that is "traditionally kept secret" and that there are no compelling reasons for the public to know this information.[1] Defendants also move to seal an exhibit to their reply, which is a handwritten diary-type entry by McKenna. I also agree with defendants that this is the type of information that is traditionally kept secret without a compelling public interest in disclosure. Accordingly,

IT IS HEREBY ORDERED that defendants' motion to seal **[ECF No. 86] is GRANTED.** Defendants must file the redacted versions of these exhibits by **December 17, 2016.**

Dated December 7th, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).