Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHELLE McKENNA,  )
                   )
       Plaintiff,  )
                   )   Case No. 2:14-cv-1773-JAD-CWH
vs.                )
                   )
DAVID Z. CHESNOFF, CHTD. P.C. d/b/a, )
CHESNOFF & SCHONFELD;                )
DAVID Z. CHESNOFF; and RICHARD A.    )
SCHONFELD,                           )
                                     )
       Defendants.                   )
                                     )

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH BY NON-PARTIES RUTH L. COHEN, ESQ. AND PAUL S. PADDA, ESQ.**

Pending before the Court is a motion to quash[1] filed by non-parties Paul S. Padda, Esq. and Ruth L. Cohen, Esq. The motion was filed because (1) undersigned counsel understood that there were certain privilege issues that had not been resolved between counsel for Defendants and Plaintiff and (2) because movants' depositions had been unilaterally scheduled during the week preceding the New Year which was both inconvenient for the moving parties as well as counsel for Plaintiff.

Undersigned counsel wishes to advise the Court that the moving parties hereby withdraw their pending motion. In light of the foregoing, the opposition and motion to strike filed by

---

[1] Pacer #95.

defense counsel are moot. Undersigned counsel has proposed dates for the depositions to proceed and it is his understanding that the privilege issues have been resolved between counsel for Defendants and Plaintiff.

> Respectfully submitted,
>
> /s/ Paul S. Padda
> _____
> Paul S. Padda, Esq.
> Attorney for Ruth Cohen and Paul Padda
> Dated: January 18, 2017

IT IS SO ORDERED:

**The Court having received the notice of withdrawal of motion to quash filed by non-parties Paul S. Padda, Esq. and Ruth L. Cohen, Esq., it is hereby ordered that Defendant's motion to strike (Pacer #96) is denied as moot. Further, based upon the representations of counsel for non-parties Paul S. Padda, Esq. and Ruth L. Cohen, Esq., the motion to quash (Pacer #95) is also denied as moot.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2017

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure and the Court's Local Rules, the undersigned hereby certifies that on January 18, 2017 the foregoing document was served upon all parties and counsel of record in this matter through the Court's CM/ECF filing system.

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.

2