DENNIS L. KENNEDY
Nevada Bar No. 1462
SARAH E. HARMON
Nevada Bar No. 8106
KELLY B. STOUT
Nevada Bar No. 12105
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Plaintiff*
MICHELLE MCKENNA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA,<br><br>      Plaintiff,<br><br>  vs.<br><br>DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; and RICHARD A. SCHONFELD,<br><br>      Defendants. | Case No.  2:14-cv-01773-JAD-CWH |

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM CAESARS ENTERTAINMENT CORPORATION

### (First Request)

Pursuant to Local Rule IA 6-1, IA 6-2, 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld; David Z. Chesnoff; and Richard A. Schonfeld, and non-party Caesars Entertainment Corporation ("Caesars") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On April 25, 2918, Ms. McKenna filed Plaintiff's Motion to Compel Production Of Documents From Caesars Entertainment Corporation ("Motion") [ECF No. 128].

2. On May 10, 2018, Caesars timely filed an Opposition to the Motion [ECF No. 132].

3. The current deadline for Ms. McKenna to file her Reply is May 17, 2018.

1    4.    On May 14, 2018, Ms. McKenna's counsel, Kelly B. Stout ("Ms. Stout"), sustained

2    an injury to her foot.

3    5.    On May 16, 2018, Ms. Stout's physician ordered X-rays which revealed a fracture

4    that required a referral to a podiatric surgeon.

5    / / /

6    / / /

7    / / /

8    / / /

9    / / /

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    6.    In order to allow Ms. Stout time to seek medical care, the Parties stipulate and agree

2  to extend Ms. McKenna's time to file her Reply until May 21, 2018.

3  DATED this 17th day of May, 2018.    DATED this 17th day of May, 2018.

4  By: _/s/ Kelly B. Stout_____    By: _/s/ Sean D. Cooney_____
5     DENNIS L. KENNEDY       BRIAN K. TERRY
   SARAH E. HARMON       SEAN D. COONEY
   KELLY B. STOUT       THORNDAL, ARMSTRONG, DELK,
6     BAILEY❖KENNEDY       BALKENBUSH & EISINGER
   8984 Spanish Ridge Avenue       1100 East Bridger Avenue
7     Las Vegas, Nevada 89148-1302       Las Vegas, Nevada 89101
*Attorneys for Defendants*
8  *Attorneys for Plaintiff*    DAVID Z. CHESNOFF, CHTD. P.C. d/b/a
MICHELLE MCKENNA    CHESNOFF & SCHONFELD; DAVID Z.
9       CHESNOFF; and RICHARD A. SCHONFELD

10

11  DATED this 17th day of May, 2018.

12  By: _/s/ Jason D. Smith_____
   NICHOLAS J. SANTORO
   JASON D. SMITH
13     SANTORO WHITMIRE
   10100 West Charleston Boulevard #250
14     Las Vegas, Nevada 89135

15  *Attorneys for*
CAESARS ENTERTAINMENT
16  CORPORATION

17       IT IS SO ORDERED:

18

19       _____
     UNITED STATES MAGISTRATE JUDGE
20

21           May 18, 2018
     Dated:_____

22  Respectfully Submitted by:
BAILEY❖KENNEDY
23
By: _/s/ Kelly B. Stout_____
24     DENNIS L. KENNEDY
   SARAH E. HARMON
25     KELLY B. STOUT

26  *Attorneys for Plaintiff*
MICHELLE MCKENNA
27

28