1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  SARAH E. HARMON
   Nevada Bar No. 8106
3  KELLY B. STOUT
   Nevada Bar No. 12105
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  SHarmon@BaileyKennedy.com
   KStout@BaileyKennedy.com
8
   *Attorneys for Plaintiff*
9  MICHELLE MCKENNA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHELLE MCKENNA,

          Plaintiff,

vs.

DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; and RICHARD A. SCHONFELD,

          Defendants.

Case No. 2:14-cv-01773-JAD-CWH

**ERRATA TO STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRE-TRIAL DISCLOSURE DEADLINE, PRE-TRIAL ORDER DEADLINE, AND TRIAL**

**(1ST REQUEST)**

Counsel for Plaintiff Michelle McKenna ("Ms. McKenna") submits this errata to correct the typographical errors in the Parties' proposed trial dates. Accordingly, counsel for the Parties offer the following three blocks of time for trial (in order or preference):

/ / /

/ / /

/ / /

/ / /

/ / /

1. February 19, 2019 – March 8, 2019;
2. February 25, 2019 – March 15, 2019; and
3. January 21, 2019 – February 8, 2019.

DATED this 30th day of July, 2018.

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT
    BAILEY✦KENNEDY
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff*
MICHELLE MCKENNA

**ORDER ON STIPULATION TO EXTEND DEADLINE
FOR FILING PRE-TRIAL DISCLOSURES, FILING PRE-TRIAL ORDER, AND TRIAL**

**(FIRST REQUEST)**

IT IS HEREBY ORDERED that the deadline to file pretrial disclosures is continued to November 21, 2018; the deadline to file the pre-trial order is continued to December 21, 2018, and the Parties' new proposed dates for trial (in order of preference) are:

1. February 19, 2019 – March 8, 2019;
2. February 25, 2019 – March 15, 2019; and
3. January 21, 2019 – February 8, 2019.

The parties are advised that absent extraordinary circumstances, the court will not grant additional extensions in this case. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2018

Respectfully Submitted by:
BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
　　DENNIS L. KENNEDY
　　SARAH E. HARMON
　　KELLY B. STOUT

*Attorneys for Plaintiff*
MICHELLE MCKENNA