1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  SARAH E. HARMON
   Nevada Bar No. 8106
3  KELLY B. STOUT
   Nevada Bar No. 12105
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  SHarmon@BaileyKennedy.com
   KStout@BaileyKennedy.com
8
   *Attorneys for Plaintiff*
9  MICHELLE MCKENNA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MCKENNA,<br><br>          Plaintiff,<br><br>    vs.<br><br>DAVID Z. CHESNOFF, CHTD. P.C. d/b/a CHESNOFF & SCHONFELD; DAVID Z. CHESNOFF; and RICHARD A. SCHONFELD,<br><br>          Defendants. | Case No. 2:14-cv-01773-JAD-DJA |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR FILING STIPULATION AND ORDER FOR DISMISSAL**

Pursuant to Local Rule 7-1, Plaintiff Michelle McKenna ("Ms. McKenna") and Defendants David Z. Chesnoff, Chtd. P.C. d/b/a Chesnoff & Schonfeld; David Z. Chesnoff; and Richard A.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Schonfeld (collectively, "Defendants") hereby stipulate and agree to extend the deadline for filing a stipulation and order for dismissal with prejudice from November 29, 2019, to December 2, 2019.

DATED this 25th day of November, 2019.　　DATED this 25th day of November, 2019.

By: */s/ Sarah E. Harmon*　　　　　　　　By: */s/ Brian K. Terry*
　　DENNIS L. KENNEDY　　　　　　　　　　BRIAN K. TERRY
　　SARAH E. HARMON　　　　　　　　　　　KEVIN R. DIAMOND
　　KELLY B. STOUT　　　　　　　　　　　　THORNDAL, ARMSTRONG, DELK,
　　BAILEY❖KENNEDY　　　　　　　　　　　BALKENBUSH & EISINGER
　　8984 Spanish Ridge Avenue　　　　　　1100 East Bridger Avenue
　　Las Vegas, Nevada 89148-1302　　　　Las Vegas, Nevada 89101

*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendants*
MICHELLE MCKENNA　　　　　　　　　　　DAVID Z. CHESNOFF, CHTD. P.C. d/b/a
　　　　　　　　　　　　　　　　　　　　　CHESNOFF & SCHONFELD; DAVID Z.
　　　　　　　　　　　　　　　　　　　　　CHESNOFF; and RICHARD A. SCHONFELD

## ORDER

IT IS HEREBY ORDERED that the deadline to file a stipulation and order for dismissal with prejudice is continued from November 29, 2019 to December 2, 2019.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 26, 2019

Respectfully Submitted by:
BAILEY❖KENNEDY

By: */s/ Sarah E. Harmon*
    DENNIS L. KENNEDY
    SARAH E. HARMON
    KELLY B. STOUT

*Attorneys for Plaintiff*
MICHELLE MCKENNA